```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

A.G.K. SARL                   :    CIVIL ACTION
                              :
    v.                        :
                              :
A.M. TODD COMPANY, et al.     :    NO. 07-2727
```

ORDER

AND NOW, this 18th day of August, 2009, upon consideration of the defendants' Motion to Vacate One Provision of Arbitral Tribunal's April 30, 2009, Partial Final Award (Docket No. 34), the plaintiff's Motion to Dismiss the Defendants' Motion to Vacate (Docket No. 36), the defendants' opposition thereto, and the defendants' Motion to Stay Arbitration Proceedings (Docket No. 40), and following oral argument on said motions on July 30, 2009, IT IS HEREBY ORDERED, and for the reasons stated in a memorandum of law bearing today's date, that:

      1.  The defendants' Motion to Vacate is DENIED without prejudice.

      2.  The plaintiff's Motion to Dismiss the defendants' Motion to Vacate is DENIED as moot.

      3.  The defendants' Motion to Stay Arbitration Proceedings is DENIED.

      4.    The defendants' request to transfer this case to the Southern District of New York is DENIED.

                              BY THE COURT:

                              <u>/s/ Mary A. McLaughlin</u>
                              MARY A. McLAUGHLIN, J.