IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.G.K. SARL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| A.M. TODD COMPANY, et al. | : | NO. 07-2727 |

ORDER

AND NOW, this 14th day of October, 2011, after conferring with counsel and an on-the-record hearing, and whereas the parties have reached a settlement in the above-captioned matter, IT IS HEREBY ORDERED that the following motions are DENIED without prejudice:

1. AGK Sarl's Motion to Confirm the Arbitration Awards (Docket No. 51);

2. Motion to Vacate the Arbitration Award filed by Zink and Triest Company, A.M. Todd Company, and Henry W. Todd, Jr. (Docket No. 55);

3. AGK's Motion for a Preliminary Injunction and to Add A.M. Todd Group as a Defendant (Docket No. 75).

4. Zink and Triest International's (ZTI) Motion to Vacate or Modify the Arbitration Award (Tranferred from the Southern District of New York, No. 10-4021, Docket No. 20);

Should the settlement fail to be completed the parties are free to reassert the claims in these motions at that time.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.