```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

A.G.K. SARL                    :    CIVIL ACTION
                               :
    v.                           :
                               :
A.M. TODD COMPANY, et al.      :    NO. 07-2727

### ORDER

AND NOW, this 14th day of October, 2011, after conferring with counsel in the above-captioned matter and after an on-the-record hearing, IT IS HEREBY ORDERED that this case remain IN SUSPENSE pending the completion of the Settlement Agreement.

                                          BY THE COURT:


                                          /s/ Mary A. McLaughlin
                                          MARY A. McLAUGHLIN, J.