```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

A.G.K. SARL                     :     CIVIL ACTION
                                :
     v.                         :
                                :
A.M. TODD COMPANY, et al.       :     NO. 07-2727
```

ORDER

AND NOW, this 14th day of October, 2011, after meeting with counsel for the parties in this matter, IT IS HEREBY ORDERED that the attached Court Ordered Sealed Settlement Agreement is SEALED.  The Court finds that the Settlement Agreement contains confidential and proprietary information.  The Clerk of Court is directed to file the agreement under seal.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.